OCTOBER 2, 1981

No. 80–6946.   CSAKY *v.* HORNBLOWER & WEEKS-HEMPHILL, NOYES, INC.   C. A. D. C. Cir.   Certiorari dismissed under this Court's Rule 53.